164 So.2d 357

Elvern DAIGLE

v.

R. A. BLASINGAME et al.

No. 47290.

May 27, 1964.

In re: Highway Insurance Company and R. A. Blasingame d/b/a R. A. A. Blasingame Well Service applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 162 So.2d 351.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

164 So.2d 357

Andres M. DUVIC et al.

v.

Philip M. DUVIC.

No. 47294.

May 27, 1964.

In re: Philip M. Duvic applying for writs of certiorari and prohibition.

Writs refused. The showing made in the application is insufficient to justify an exercise of our supervisory jurisdiction.